UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80005-Cr-Cannon/Reinhart

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)

UNITED STATES OF AMERICA

vs.

STEVE ANTHONY RICHARDS,
DIEGO ARMAN ASTUDILLO-MENDIETA,
and DANNY JAVIER GARCIA-RUILOVA,

Defendants.
_____/

FILED BY ___TM___ D.C.

Jan 5, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 16, 2022, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**STEVE ANTHONY RICHARDS,**

an alien, having previously been removed and deported from the United States on or about April 30, 2004, entered, attempted to enter, and was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## COUNT 2

On or about December 16, 2022, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

## DIEGO ARMAN ASTUDILLO-MENDIETA,

an alien, having previously been removed and deported from the United States on or about November 21, 2022, entered, attempted to enter, and was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 3

On or about December 16, 2022, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

## DANNY JAVIER GARCIA-RUILOVA,

an alien, having previously been removed and deported from the United States on or about February 21, 2020, entered, attempted to enter, and was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United

States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

STEVE ANTHONY RICHARDS,
DIEGO ARMAN ASTUDILLO-MENDIETA,
and DANNY JAVIER GARCIA-RUILOVA, /
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge                    Case No.

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-mj-08598-BER**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge                    Case No.

9. Defendant(s) in federal custody as of **12/21/2022**

10. Defendant(s) in state custody as of

11. Rule 20 from the          District of

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By _____
RINKU TRIBUIANI
Assistant United States Attorney
FLA Bar No.    0150990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: STEVE ANTHONY RICHARDS

**Case No**: _____

Count #: 1

    Illegal re-entry into the United States after deportation or removal

    Title 8, United States Code, Section 1326(a) and (b)(2)

* **Max. Term of Imprisonment:   up to 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: up to 3 years**
* **Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DIEGO ARMAN ASTUDILLO-MENDIETA

**Case No**: _____

Count #: 2

    Illegal re-entry into the United States after deportation or removal

    Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:   up to 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: up to 1 year**
* **Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DANNY JAVIER GARCIA-RUILOVA

**Case No**: _____

Count #: 3

   Illegal re-entry into the United States after deportation or removal

   Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment:   up to 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: up to 1 year**
* **Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.